JUN 1 4 2002

AT 8:30 ___ 4:'30 P.M.
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 94-5451 (DMC) |
| | ) | |
| Plaintiff, | ) | THE HONORABLE |
| | ) | DENNIS M. CAVANAUGH |
| v. | ) | |
| | ) | |
| SPAULDING COMPOSITES COMPANY | ) | **NOTICE OF APPEAL** |
| INC., | ) | |
| | ) | |
| Defendant. | ) | |

**FILED**

JUN 1 4 2002

AT 8:30
WILLIAM T. WALSH, CLERK
M

Notice is hereby given that Spaulding Composites Company, Inc., defendant in the

above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit

from the United States District Court of New Jersey's Opinion granting Summary Judgment to

the United States of America entered in this action on the 15th day of May, 2002.

Respectfully submitted,

WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

JOHN J. DUGAN, ESQ. (JJD 2110)
1940 Rt. 70 East, Suite 200
Cherry Hill, NJ 08003
(856) 424-8200
(856) 424-4446 (Facsimile)

OF COUNSEL:
BUCKLEY, KING & BLUSO
DANIEL P. CARTER, Esquire (DPC 7785)
*Pro Hac Vice*
1400 Bank One Center
600 Superior Avenue East
Cleveland, OH 44114-2652
(216) 363-1400
(216) 579-1020 (Facsimile)

Attorneys for Spaulding Composites Co., Inc.

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Appeal has been sent by regular U. S. mail, postage

pre-paid, this 14th day of June, 2002, to:

MARK GALLAGHER, ESQ.
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Enforcement Section
P. O. Box 7611
Washington, D.C. 20044-7611
Attorney for the USA - Department of Justice

VIRGINIA CURRY, ESQ.
U.S. EPA Region 2
290 Broadway, 17th Floor"
New York, NY 10007-1866

Attorney for the USA - EPA

JOHN DUGAN (JJD 2110)