## TRANSCRIPT PURCHASE ORDER

| District Court | Court of Appeals Docket No. |
|---|---|
| USDC, District of New Jersey | |
| | District Court Docket No. |

Short Case Title: USA v. Spaulding Composites Co.

Date Notice of Appeal Filed by Clerk of District Court: 6/14/02

FILED

AT 8:30
WILLIAM T. WALSH
CLERK

**PART I.** (To be completed by party responsible for ordering transcript)

NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

**A.** Complete one of the following and serve ALL COPIES:
TRANSCRIPT:

- ☐ None
- ☐ Unnecessary for appeal purposes.
- ☒ Already on file in the D.C. Clerk's office.
- ☐ This is to order a transcript of the proceedings heard on the date listed below from _____ (Name of Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of proceedings, specify exactly what portion or what witness testimony is desired.

Oral arguments on Motions for Summary Judgment o[n]

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in trial transcripts.

- Voir dire ☐ ; Opening statement of plaintiff ☐    defendant ☐
- Closing argument of plaintiff ☐    defendant ☐
- Jury instructions ☐    Sentencing Hearings ☐

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.

**B.** This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

- ☐ Criminal Justice Act (Attach copy of CJA form 24)
- ☐ Motion for transcript has been submitted to DC Judge
- ☒ Private Funds

Signature _____    Date ____/02

Print Name: John J. Dugan    Counsel for: Spaulding Composites

Address: 1940 Rt. 70 E., Suite 200, Cherry Hill,    Telephone _____

**PART II.** COURT REPORTER ACKNOWLEDGMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |
| | | |

- ☐ Arrangements for payment were made on _____
- ☐ Arrangements for payment have not been made pursuant to FRAP 10(b)

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages    _____ Actual Number of Volumes

_____    _____
Date    Signature of Court Reporter

A (12/93)

Copy 6 — Appellant's Copy to be sent to the District Court upon completion of [...]

## Wolf, Block, Schorr and Solis-Cohen LLP
A Pennsylvania Limited Liability Partnership

1940 Route 70 East
Suite 200
Cherry Hill, NJ 08003

T: 856 424 8200
F: 856 424 4446
www.wolfblock.com

John J. Dugan
Direct Dial: 856 874 4221
Direct Fax: 856 874 4381
E-mail: jdugan@wolfblock.com

June 24, 2002

**VIA FEDERAL EXPRESS**

U. S. District Court of New Jersey
M. L. King, Jr. Federal Bldg.
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

JUN 2 5 2002

     Re:    USA v. Spaulding Composites Co.
             District Ct. Docket No. 94-5451(DMC)
             <u>Court of Appeals Docket No. 02-2693</u>

Dear Sir/Madam:

    Enclosed please find Copy 6 of the Transcript Purchase Order in regards to the above-referenced matter.

    If you should have any questions regarding this matter, please do not hesitate to contact me.

Very truly yours,

John J. Dugan
For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

JJD:cjg
Enclosures

DSCH:64839.1/SPA020-161905

PHILADELPHIA, PA | NEW YORK, NY | HARRISBURG, PA | NEWARK, NJ | NORRISTOWN, PA | WILMINGTON, DE